**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

RAYMOND McCLUSTER,

    Petitioner,

v.                                                           CASE NO. 4:11cv357-MP-WCS

WALTER A. McNEIL, Secretary,
Florida Department of Corrections,
and FLORIDA PAROLE COMMISSION,

    Respondents.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 11, 2011. (Doc. 40). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. The motion to dismiss filed by the Florida Parole Commission (doc. 16) is GRANTED as Plaintiff has failed to state a claim upon which relief may be granted.

    3. This case is DISMISSED and the Clerk of Court is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE and ORDERED** this 10th day of November, 2011.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**